IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FIRST FRANCHISE CAPITAL CORPORATION | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:19-cv-00254 |
| PANDYA RESTAURANTS LLC, ET AL. | : | Judge William O. Bertelsman<br>Magistrate Judge Karen L. Litkovitz |
| Defendants. | : | |

## ORDER GRANTING PLAINTIFF FIRST FRANCHISE CAPITAL CORPORATION'S MOTION TO SUBSTITUTE PARTY-PLAINTIFF INSTANTER

This matter came before the Court on plaintiff First Franchise Capital Corporation's motion to substitute Ronak Capital, LLC ("Ronak") as the party plaintiff pursuant to Fed. R. Civ. P. 25(c). The Court finds that the motion for substitution of the party plaintiff is well taken. It is, therefore, ordered that Ronak is substituted as plaintiff in this action in the place of FFCC. FFCC is no longer a party to this action, and Ronak or its duly appointed counsel are ordered to enter an appearance within twenty-four hours of receiving notice of this order.

**SO ORDERED.**

Dated this 13 day of August, 2019.

*Karen L. Litkovitz*
U.S. Magistrate Judge