# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RONAK CAPITAL, LLC, | |
| Plaintiff, | |
| | Case No. 1:19-cv-00254 |
| vs | |
| | Judge William O. Bertelsman |
| PANDYA RESTAURANTS LLC, ET AL., | Magistrate Judge Karen L. Litkovitz |
| Defendants. | |

## ORDER GRANTING RECEIVER'S MOTION FOR ORDER APPROVING REPORT, FINAL ACCOUNTING AND RECEIVER'S FEES AND EXPENSES AND DISCHARGING AND RELEASING THE DSI PARTIES

This matter is before the Court for consideration of the Receiver's Report and Motion for Order Approving Report, Final Accounting and Receiver's Fees and Expenses and Discharging and Releasing the DSI Parties (the "Motion")[1]. Upon consideration of the Motion and for good case shown, the Court hereby GRANTS the Motion and finds that the Receiver has faithfully, diligently and with due care completed all of his duties and obligations under the Appointment Order, the Agreed Order and all other orders entered in this case.

IT IS THEREFORE ORDERED THAT:

1. The report is approved.

2. The Final Accounting is approved.

3. The Receiver's fees and expenses and all Receivership expenses incurred and paid by the Receiver are approved.

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Appointment Order, the Agreed Order and the Motion.

1

4. The DSI Parties are discharged and released from any and all obligations, liabilities and claims, of any kind or nature, past, present, and future, arising under or related in any way to the Receivership, the Appointment Order or the Agreed Order.

5. This is a final appealable order and there is no just reason for delay.

Dated this 4th day of July, 2019.

_William O. Bertelsman_
William O. Bertelsman
United States District Judge